In the Matter of MARIA G. MIGLIETTA et al., Appellants. TWENTY-SIX BROADWAY CORPORATION, Respondent.

Submitted April 27, 1942; decided May 28, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 246.)